## U.S. COURT OF APPEAL FOR THE FOURTH CIRCUIT BILL OF COSTS FORM
(Civil Cases)

**Directions:** Under FRAP 39(a), the costs of appeal in a civil action are generally taxed against appellant if a judgment is affirmed or the appeal is dismissed. Costs are generally taxed against appellee if a judgment is reversed. If a judgment is affirmed in part, reversed in part, modified, or vacated, costs are taxed as the court orders. A party who wants costs taxed must, within 14 days after entry of judgment, file an itemized and verified bill of costs, as follows:
- Itemize any fee paid for docketing the appeal. The fee for docketing a case in the court of appeals is $500 (effective 12/1/2013). The $5 fee for filing a notice of appeal is recoverable as a cost in the district court.
- Itemize the costs (not to exceed $.15 per page) for copying the necessary number of formal briefs and appendices. (Effective 10/1/2015, the court requires 1 copy when filed; 3 more copies when tentatively calendared; 0 copies for service unless brief/appendix is sealed.). The court bases the cost award on the page count of the electronic brief/appendix. Costs for briefs filed under an informal briefing order are not recoverable.
- Cite the statutory authority for an award of costs if costs are sought for or against the United States. See 28 U.S.C. § 2412 (limiting costs to civil actions); 28 U.S.C. § 1915(f)(1) (prohibiting award of costs against the United States in cases proceeding without prepayment of fees).

Any objections to the bill of costs must be filed within 14 days of service of the bill of costs. Costs are paid directly to the prevailing party or counsel, not to the clerk's office.

Case Number & Caption: <u>Case No. 21-1543 (Terry Cowgill v. First Data Technologies Inc.; FISERV Solutions LLC)</u>

Prevailing Party Requesting Taxation of Costs: Terry Cowgill – Plaintiff-Appellant

| **Appellate Docketing Fee (prevailing appellants):** | | **Amount Requested: $500** | | | **Amount Allowed:** _____ | |
|---|---|---|---|---|---|---|
| **Document** | **No. of Pages** | | **No. of Copies** | | **Page Cost (≤$.15)** | **Total Cost** |
| | **Requested** | **Allowed** (court use only) | **Requested** | **Allowed** (court use only) | | **Requested** | **Allowed** (court use only) |
| JOINT APPENDIX | 609 | | 4 | | .15 | 365.40 | |
| APPELLANT'S BRIEF | 65 | | 4 | | .15 | 39 | |
| REPLY BRIEF | 35 | | 4 | | .15 | 21 | |
| **TOTAL BILL OF COSTS:** | | | | | | $925.40 | $0.00 |

1. If copying was done commercially, I have attached itemized bills. If copying was done in-house, I certify that my standard billing amount is not less than $.15 per copy or, if less, I have reduced the amount charged to the lesser rate.
2. If costs are sought for or against the United States, I further certify that 28 U.S.C. § 2412 permits an award of costs.
3. I declare under penalty of perjury that these costs are true and correct and were necessarily incurred in this action.

**Signature:** *C. Patrick McDermott*     **Date: July 25, 2022**

### Certificate of Service

I certify that on this date I served this document as follows:
Via ECF And By Email To Defendants' Counsel of Record:
cbjellinek@bclplaw.com, cynthia.foster@bclplaw.com, cindy.martin@bclplaw.com

**Signature:** *C. Patrick McDermott*     **Date: July 25, 2022**

**Gibson Moore Appellate Services, LLC**

**206 East Cary Street**
**P.O. Box 1460**
**Richmond, VA 23218**

# Invoice

| Date | Invoice # |
|---|---|
| 1/10/2022 | 108017 |

| Bill To |
|---|
| E. Patrick McDermott, Sr.<br>LAW OFFICE OF E. PATRICK MCDERMOTT<br>2666 Ogleton Road<br>Annapolis, MD 21403 |

| Case |
|---|
| 21-1543<br>Cowgill v. First Data |

| Terms | Due Date | Rep | File Date |
|---|---|---|---|
| Net 15 | 1/25/2022 | TMS | 1/10/2022 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Court Copi... | Court Copies Base Fee | | 75.00 | 75.00 |
| Discount | Waive | | -100.00% | -75.00 |
| 4th AA Brief | 4th Cir. Appellant's Brief Per Page Fee (4 copies of 65 pages) | 260 | 0.25 | 65.00T |
| 4th JA | 4th Cir. Joint Appendix Per Page (4 copies of 609 pages) | 2,436 | 0.25 | 609.00T |
| 4th RB | 4th Cir. Reply Brief Per Page Fee (4 copies of 35 pages) | 140 | 0.25 | 35.00T |
| | Out-of-state sale, exempt from sales tax | | 0.00% | 0.00 |

Fed. ID 20-1820925

**Total**    $709.00

**Finance Charge Notice:** All invoices over 30 days will be assessed finance charges at the rate of 1.75% per month.

| Phone # | Fax # | E-mail |
|---|---|---|
| 804-249-7770 | 804-249-7771 | tracy@gibsonmoore.net |